```
 1  EVAN S. COHEN (Bar # 119601)
    S. MARTIN KELETI (Bar # 144208)
 2  COHEN AND COHEN
    740 North La Brea Avenue
 3  Los Angeles, California 90038-3339
    (323) 938-5000
 4  (323) 936-6354 facsimile

 5  Attorneys for plaintiff and counterdefendant
    CLEOPATRA RECORDS, INC.
```

FILED
CLERK, U S DISTRICT COURT
JUN 29 2005
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

# United States District Court
# Central District of California

ENTERED
CLERK, U.S. DISTRICT COURT
JUN 30 2005
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

| | |
|---|---|
| CLEOPATRA RECORDS, INC., a California corporation doing business as DEADLINE MUSIC,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>WILLIAM BRUCE BAILEY, an individual professionally known as W. AXL ROSE; SAUL HUDSON, an individual professionally known as SLASH; and MICHAEL McKAGAN, an individual; and GUNS N' ROSES, a California general partnership doing business as GUNS N' ROSES MUSIC,<br><br>　　　　Defendants.<br>W. AXL ROSE, an individual, and GUNS N' ROSES,<br><br>　　　　Counterclaimaints,<br><br>　　　　v.<br><br>CLEOPATRA RECORDS, INC., a California corporation,<br><br>　　　　Counterdefendants. | No. CV 04-3120 GAF (FMOx)<br><br>[~~PROPOSED~~] JUDGMENT<br><br>Priority ✓<br>Send ✓<br>Enter ✓<br>Closed ✓<br>JS-5/JS-6 ___<br>JS-2/JS-3 ___<br>Scan Only ___<br><br>Date:　April 18, 2005<br>Time:　9:30 a.m.<br>Place:　Courtroom of the Hon.<br>　　　　Gary A. Feess |

　　　　The motion of plaintiff and counterdefendant Cleopatra Records, Inc. having been made and granted,

64

1
Judgment

1.  IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the album "Hollywood Rose: the roots of guns n' roses" (the "Album") does not infringe the trademark rights of defendants and counterclaimants in the federally-registered mark GUNS N' ROSES;

2.  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Album does not contain a false designation of origin in violation of 15 U.S.C. § 1125(a);

3.  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Album does not infringe the common law trademark rights of defendants and counterclaimants in the mark GUNS N' ROSES;

4.  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Album does not infringe the copyrights of defendants and counterclaimants;

5.  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Album does not infringe the rights of privacy and publicity of defendants and counterclaimants under common law or under California Civil Code § 3344;

6.  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the manufacture and distribution Album does not constitute an unfair business practice and does not violate California Business and Professions Code § 17200;

7.  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that counterclaimants shall recover nothing from counterdefendants;

~~8.  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that plaintiff and counterdefendant shall recover from counterclaimants $_____ as costs.~~

Dated: 6/29/05

HON. GARY A. FEESS
United States District Court Judge

1 | Submitted by:

2 | Dated:    March 21, 2005           COHEN AND COHEN

By: *[signature]*
S. MARTIN KELETI
Attorneys for plaintiff and counterdefendant
CLEOPATRA RECORDS, INC.

# PROOF OF SERVICE

State of California  }
County of Los Angeles  }

I, AARON SHUSTER, am employed by Express Group, Inc., in the aforesaid county, State of California; I am over the age of 18 years and not a party to the within action; my business address is: 10537 Santa Monica Boulevard, Suite 300, Los Angeles, California 90025.

On March 21, 2005, I served the foregoing **[PROPOSED] JUDGMENT** on all interested parties in this action by placing a true copy thereof, enclosed in a sealed envelope, addressed as follows:

> Bert H. Deixler, Esq.
> Hayes F. Michel, Esq.
> PROSKAUER ROSE LLP
> 2049 Century Park East, 32nd Floor
> Los Angeles, California 90067-3206

and delivering it by hand personally to the recipient attorney, a receptionist, or person in charge of the office, or in a conspicuous place in the office between the hours of nine in the morning and five in the evening.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 21, 2005.

*/s/ Aaron Shuster*