EVAN S. COHEN (Bar # 119601)
S. MARTIN KELETI (Bar # 144208)
COHEN AND COHEN
740 North La Brea Avenue
Los Angeles, California 90038-3339
(323) 938-5000
(323) 936-6354 facsimile

Attorneys for plaintiff and counterdefendant
CLEOPATRA RECORDS, INC.

# United States District Court
# Central District of California

| | |
|---|---|
| CLEOPATRA RECORDS, INC., a California corporation doing business as DEADLINE MUSIC,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>WILLIAM BRUCE BAILEY, an individual professionally known as W. AXL ROSE; SAUL HUDSON, an individual professionally known as SLASH; and MICHAEL McKAGAN, an individual; and GUNS N' ROSES, a California general partnership doing business as GUNS N' ROSES MUSIC,<br><br>　　　Defendants.<br><br>W. AXL ROSE, an individual, and GUNS N' ROSES,<br><br>　　　Counterclaimaints,<br><br>　　　v.<br><br>CLEOPATRA RECORDS, INC. a California corporation,<br><br>　　　Counterdefendants. | No. CV 04-3120 GAF (FMOx)<br><br>[PROPOSED] JUDGMENT<br><br><br><br><br><br><br><br><br><br><br><br><br><br>Date:　April 18, 2005<br>Time:　9:30 a.m.<br>Place:　Courtroom of the Hon.<br>　　　　Gary A. Feess |

The motion of plaintiff and counterdefendant Cleopatra Records, Inc. having been made and granted,

1.    IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the album "Hollywood Rose: the roots of guns n' roses" (the "Album") does not infringe the trademark rights of defendants and counterclaimants in the federally-registered mark GUNS N' ROSES;

2.    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Album does not contain a false designation of origin in violation of 15 U.S.C. § 1125(a);

3.    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Album does not infringe the common law trademark rights of defendants and counterclaimants in the mark GUNS N' ROSES;

4.    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Album does not infringe the copyrights of defendants and counterclaimants;

5.    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Album does not infringe the rights of privacy and publicity of defendants and counterclaimants under common law or under California Civil Code § 3344;

6.    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the manufacture and distribution Album does not constitute an unfair business practice and does not violate California Business and Professions Code § 17200;

7.    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that counterclaimants shall recover nothing from counterdefendants;

8.    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that plaintiff and counterdefendant shall recover from counterclaimants $24,176.38 ($791.38 in costs and $23,385.00 in attorney fees).

Dated:   8/4/05

HON. GARY A. FEESS
United States District Court Judge

1 | Submitted by:

2 | Dated:  August 2, 2005    COHEN AND COHEN

4 | By: /s/ Mark Keleti
    S. MARTIN KELETI
    Attorneys for plaintiff and counterdefendant
    CLEOPATRA RECORDS, INC.

COHEN AND COHEN
740 North La Brea Avenue
Los Angeles, California 90038-3339
Tel. (323) 938-5000 • Fax (323) 936-6354

# PROOF OF SERVICE

State of California  }
County of Los Angeles  }

I, S. MARTIN KELETI, am employed in the aforesaid county, State of California; I am over the age of 18 years and not a party to the within action; my business address is: 740 North La Brea Avenue, Los Angeles, California 90038-3339.

On August 3, 2005, I served the foregoing **[PROPOSED] JUDGMENT** on all interested parties in this action by placing a true copy thereof, enclosed in a sealed envelope, addressed as follows:

**Bert H. Deixler, Esq.**
**Hayes F. Michel, Esq.**
**PROSKAUER ROSE LLP**
**2049 Century Park East, 32nd Floor**
**Los Angeles, California 90067-3206**

I am readily familiar with the business's practice for the collection and processing of correspondence for mailing with the United States Postal Service and the fact that the correspondence would be deposited with the United States Postal Service that same day in the ordinary course of business. On this date, the above referenced correspondence was placed for deposit at Los Angeles, California and placed for collection and mailing following ordinary business practices.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 3, 2005.

_____
S. MARTIN KELETI